IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA | v. | UNITED STATES OF AMERICA |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:22-cv-0163-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

N O T I C E

This case was opened by the filing of a complaint on July 15, 2022,[1] and summonses were issued.  A review of the docket indicates that proofs of service concerning the defendants are lacking.   Plaintiff shall either file proofs of service by **seven days** from the entry of this order, or file a status report concerning service of the complaint on defendants.

---

[1]Docket No. 1.

Order from Chambers – Notice to Counsel                                                                                      - 1 -