CODY DOIG
ASSISTANT ATTORNEY GENERAL
ALASKA DEPARTMENT OF LAW
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501-1994
(907) 269-5211
Cody.Doig@alaska.gov

WILLIAM J. JACKSON
JENNIFER C. BARKS
MARIA F. PIMIENTA
KELLEY DRYE & WARREN LLP
515 Post Oak Boulevard, Suite 900
Houston, TX 77027
(713) 355-5000
BJackson@kelleydrye.com
JBarks@kelleydrye.com
MPimienta@kelleydrye.com

ANDREW W. HOMER
KELLEY DRYE & WARREN LLP
7825 Fay Avenue, Suite 200
La Jolla, California 92037
(858) 795-0426
AHomer@kelleydrye.com

ATTORNEYS FOR THE PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STATE OF ALASKA; AND THE ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of Interior; BUREAU OF LAND MANAGEMENT; AND TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management,<br><br>*Defendants*. | NO. 3:22-cv-00163-HRH |

# JOINT STIPULATION

The State of Alaska and the Alaska Department of Environmental Conservation ("Plaintiffs"), and the United States of America, the United States Department of Interior, Deb Haaland (in her official capacity as Secretary of the United States Department of Interior), the Bureau of Land Management, and Tracy Stone-Manning (in her official capacity as Director of the Bureau of Land Management) ("Defendants") (collectively, the "Parties"), agree to enter the following stipulation:

1. On August 11, 2022 Plaintiffs filed an Affidavit of Service for Summons, Complaint, and Civil Cover Sheet served on S. Lane Tucker, Bureau of Land Management, Merrick B. Garland, Tracy Stone-Manning (in her official capacity as the Director of the Bureau of Land Management), Department of the Interior, and Deb Haaland (in her official capacity as the Secretary of the Department of Interior).

2. On August 12, 2022 the United States Attorney's Office (District of Alaska) contacted Plaintiffs, stating that despite the U.S. Postal Service's tracking information indicating that the service copies were delivered on August 9, 2022, and the return of the certified green card receipt, the service copy of the summons and complaint addressed to S. Lane Tucker, U.S. Attorney, District of Alaska, had not been received.

3. On August 24, 2022, Defendants received and accepted service of process via electronic means.

4. Defendants hereby acknowledge receipt of the Summons, Complaint, and Civil Cover Sheet, and agree that Plaintiffs successfully completed service of process.

5. To avoid confusion regarding the deadline to answer or otherwise respond to Plaintiffs' Complaint, the Parties hereby agree that August 24, 2022 will serve as the date that all Defendants were served.

Dated: September 8, 2022                Respectfully submitted,

**FOR PLAINTIFFS**:        By:    */s/ Jennifer Barks*
                                       _____
                                       **KELLEY DRYE & WARREN LLP**
                                       WILLIAM J. JACKSON (admitted *pro hac vice*)
                                       Texas Bar No. 00784325
                                       JENNIFER C. BARKS (admitted *pro hac vice*)
                                       Texas Bar No. 24087257
                                       MARIA F. PIMIENTA (admitted *pro hac vice*)
                                       Texas Bar No. 24125685
                                       KELLEY DRYE & WARREN LLP
                                       515 POST OAK BLVD., SUITE 900
                                       HOUSTON, TEXAS 77027
                                       Telephone: (713) 355-5000
                                       BJackson@kelleydrye.com
                                       JBarks@kelleydrye.com
                                       MPimienta@kelleydrye.com

                                       ANDREW W. HOMER (admitted *pro hac vice*)
                                       California Bar No. 259872
                                       7825 Fay Avenue, Suite 200
                                       La Jolla, CA 92037
                                       Telephone: (858) 795-0426
                                       AHomer@kelleydrye.com

                                       **ATTORNEYS FOR THE PLAINTIFFS**

FOR DEFENDANTS:                TODD KIM
                               Assistant Attorney General
                               United States Department of Justice
                               Environment and Natural Resources Division

                               /s/ *Shannon Boylan*
                               SHANNON BOYLAN (DC Bar No. 1724269)
                               Trial Attorney
                               Natural Resources Section
                               Environment and Natural Resources Division
                               P.O. Box 7611
                               Washington, D.C. 20044
                               (202) 598-9584 (Boylan)
                               (202) 305-0275 (facsimile)
                               Shannon.Boylan@usdoj.gov

                               PAUL A. TURCKE (ID Bar No. 4759)
                               Trial Attorney
                               Natural Resources Section
                               Environment and Natural Resources Division
                               P.O. Box 7611
                               Washington, D.C. 20044
                               (202) 353-1389 (Turcke)
                               (202) 305-0275 (facsimile)
                               Paul.Turcke@usdoj.gov

                               **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2022, I electronically filed the foregoing JOINT STIPULATION with the Clerk of Court using the ECF system, which effected service on all counsel of record.

JENNIFER C. BARKS

# **[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, and based upon the stipulation of the Parties, it is hereby ordered that the Plaintiffs successfully completed service of process on all Defendants on August 24, 2022.

**IT IS SO ORDERED.**

Dated: _____
The Hon. H. Russel Holland
Judge, U.S. District Court for the District of Alaska