TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney, Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611 Washington, D.C. 20044
Telephone: 202-598-9584
Facsimile: 202-305-0506
Email: shannon.boylan@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STATE OF ALASKA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 3:22-cv-00163-HRH <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Pursuant to Civil Local Rule 7.3(b), Federal Defendants hereby seek an unopposed two-week extension of time to answer or otherwise respond to Plaintiffs' Complaint, ECF. No. 1. Plaintiffs, the State of Alaska and the Alaska Department of Environmental Conservation, bring this lawsuit against Federal Defendants, the United States of America, the Department of the Interior, Deb Haaland, in her official capacity as Secretary of the Interior, the Bureau of Land Management, and Tracy Stone-Manning, in

*State of Alaska, et al. v. United States of America, et al.*     3:22-cv-00163-HRH
UNOPPOSED MOTION FOR EXTENSION OF TIME     1

Case 3:22-cv-00163-HRH   Document 16   Filed 10/20/22   Page 1 of 2

her official capacity as Director of the BLM. Plaintiffs challenge Federal Defendants' response to certain congressional requests regarding contaminated lands in Alaska.

Federal Defendants' response to the Complaint is due on October 24, 2022. *See* ECF No. 15 (confirming date of service of process). Defendants need additional time to respond to Plaintiffs' Complaint to allow for coordination between key personnel and review with appropriate levels of agency leadership. The undersigned conferred with counsel for Plaintiffs who indicated that Plaintiffs do not oppose the request for extension. The requested extension will not prejudice the parties, and is made in good faith.

In light of the foregoing, Federal Defendants respectfully request an extension of 14 days, until November 7, 2022, to answer or otherwise respond to the Complaint.

DATED: October 20, 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Shannon Boylan*
SHANNON BOYLAN
Trial Attorney (D.C. Bar No. 1724269)
Natural Resources Section
Environment and Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9584 || 202-305-0506 (fax)
shannon.boylan@usdoj.gov

*Counsel for Defendants*