IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA _____        v.        UNITED STATES OF AMERICA _____

JUDGE H. RUSSEL HOLLAND            CASE NO.   3:22-cv-0163-HRH _____

PROCEEDINGS:    ORDER FROM CHAMBERS

Federal Defendants' *Unopposed Motion for Extension of Time*,[1] filed October 20, 2022, seeking an extension of time to answer or otherwise respond to plaintiffs' complaint, is granted.  Federal Defendants shall have to and including **November 7, 2022**, within which to answer or otherwise respond to the complaint.

_____

[1]Docket No. 16.

Order from Chambers – Extension of Time                                              - 1 -