| | |
|---|---|
| CODY DOIG | WILLIAM J. JACKSON |
| ASSISTANT ATTORNEY GENERAL | JENNIFER C. BARKS |
| ALASKA DEPARTMENT OF LAW | MARIA F. PIMIENTA |
| 1031 W. 4th Ave., Suite 200 | KELLEY DRYE & WARREN LLP |
| Anchorage, AK 99501-1994 | 515 Post Oak Boulevard, Suite 900 |
| (907) 269-5211 | Houston, TX 77027 |
| Cody.Doig@alaska.gov | (713) 355-5000 |
| | BJackson@kelleydrye.com |
| | JBarks@kelleydrye.com |
| | MPimienta@kelleydrye.com |
| | |
| | ANDREW W. HOMER |
| | KELLEY DRYE & WARREN LLP |
| | 7825 Fay Avenue, Suite 200 |
| | La Jolla, California 92037 |
| | (858) 795-0426 |
| ATTORNEYS FOR THE PLAINTIFFS | AHomer@kelleydrye.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE STATE OF ALASKA; AND THE ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | NO. 3:22-cv-00163-HRH |
| UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of Interior; BUREAU OF LAND MANAGEMENT; AND TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management, | § § § § § § § § § | |
| *Defendants*. | § § | |

# PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY

Defendants' Reply in support of their Motion to Dismiss (ECF 31) misconstrues law and mischaracterizes Plaintiffs' Opposition. While Plaintiffs do not intend to respond to every distortion contained therein, Defendants have, for the first time, raised a new argument that Plaintiffs should be allowed to address. In their Reply Brief, Defendants assert that because the 1998 Report and commitments made therein did not go through notice and comment rulemaking procedures, they are not "substantive binding rules" and cannot be subject to judicial review under the Administrative Procedure Act ("APA). ECF 31 at 6-9. Plaintiffs seek leave to file a short, narrow surreply, which is attached hereto as Exhibit A, to address this new argument.

It is within the discretion of the district court whether to grant a motion for leave to file a surreply. *McManus v. Aleutian Region Sch. Dist.*, No. 3:20-cv-00099-TMB, 2021 U.S. Dist. LEXIS 154384, at *11 n.56 (D. Alaska Aug. 17, 2021) (citing *Roland v. Hickman*, No. 2:15-cv-1133-JCM-VCF, 2015 U.S. Dist. LEXIS 177774, at *2-3 (D. Nev. Aug. 12, 2015)). The moving party must show that the surreply "is necessary to address new matters raised in a reply to which a party would otherwise be unable to respond." *Id.*; *see also* D. Alaska L.R. 7.1(c) (restricting reply memoranda Reply memoranda "to rebuttal of factual and legal arguments raised in the opposition"). A court may grant leave to file a surreply if it chooses to consider the surreply in deciding a motion. *E.g.*, *TD Ameritrade, Inc. v. Matthews*, No. 3:16-cv-00136, 2081 U.S. Dist. LEXIS 118684, at *6 n.31 (D. Alaska July 16, 2018).

In the instant case, a surreply is necessary because Defendants failed to previously argue that the commitments in the 1998 Report are not "substantive rules" thereby depriving the State of its ability to respond to that argument, no matter the merit. Likely because this new argument lacks statutory and precedential support, Defendants rely on inapposite case law to conflate the analysis of a "substantive rule" with the analysis of whether an "agency rule" or the "equivalent thereof" is an "agency action" subject to judicial review. For the Court's convenience, Alaska seeks to clarify this nuance and demonstrate that this argument has no impact on the issue at hand.

Accordingly, the State respectfully requests leave to file the proposed surreply in Further Opposition to Defendants' Motion to Dismiss that is attached hereto as Exhibit A.

Dated: February 17, 2023          Respectfully submitted,

**FOR PLAINTIFFS**:          By:

By: TREG TAYLOR
ATTORNEY GENERAL

_____
CODY DOIG (AK Bar No. 2109091)
ASSISTANT ATTORNEY GENERAL
ALASKA DEPARTMENT OF LAW
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501-1994
Telephone: (907) 269-5211
Cody.Doig@alaska.gov

/s/ *Jennifer C. Barks*
**KELLEY DRYE & WARREN LLP**
WILLIAM J. JACKSON (admitted *pro hac vice*)

        Texas Bar No. 00784325
        JENNIFER C. BARKS (admitted *pro hac vice*)
        Texas Bar No. 24087257
        MARIA F. PIMIENTA (admitted *pro hac vice*)
        Texas Bar No. 24125685
        KELLEY DRYE & WARREN LLP
        515 POST OAK BLVD., SUITE 900
        HOUSTON, TEXAS 77027
        Telephone:  (713) 355-5000
        BJackson@kelleydrye.com
        JBarks@kelleydrye.com
        MPimienta@kelleydrye.com

        ANDREW W. HOMER (admitted *pro hac vice*)
        California Bar No. 259872
        7825 Fay Avenue, Suite 200
        La Jolla, CA 92037
        Telephone: (858) 795-0426
        AHomer@kelleydrye.com

        **ATTORNEYS FOR THE PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2023, I electronically filed the foregoing document with the Court using the ECF system, which effected service on all counsel of record.

/s/ *Jennifer C. Barks*
JENNIFER C. BARKS